IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED
APR 07 2003
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BARBARA NORTON, ET AL., | § § § § | |
| Plaintiffs, | | |
| V. | | CIVIL ACTION NO. H-92-3239 |
| HOUSTON INDUSTRIES INC., ET AL. | § § § § § | CONSOLIDATED |
| Defendants. | § | |

**FINAL JUDGMENT**

On March 18, 2003, the above-styled case was called to trial. Mark T. McDonald announced ready on behalf of Plaintiff Maria Teresa Fuentez ("Plaintiff"). L. Chapman Smith announced ready on behalf of Defendants Houston Industries, Inc. n/k/a CenterPoint Energy, Inc., and Houston Lighting & Power Company, n/k/a CenterPoint Energy Houston Electric, L.L.C. (collectively "Defendants").

The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding. After the jury was impaneled and sworn in, the Court and Jury heard the evidence and arguments of the Plaintiff regarding issues of liability and actual damages.

On March 20, 2003, after Plaintiff announced in Open Court that she had rested, Defendants moved the Court for judgment as a matter of law with specificity on all Plaintiff's claims. The Court, having considered said motion, the entire record, and the arguments of counsel, hereby finds that there is no legally sufficient evidentiary basis for a reasonable jury to find for the Plaintiff on any of her claims. Therefore, the Court grants Defendants' motion.

232

HOU03:902787.1

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing and, that all claims made by Plaintiff against Defendants in this action are hereby DISMISSED WITH PREJUDICE. It is further ORDERED that Plaintiff pay all Defendants' costs.

SIGNED this 7th day of April, 2003.

JUDGE KENNETH M. HOYT

HOU03:902787 1