United States Court of Appeals
Fifth Circuit

**FILED**
July 16, 2004

Charles R. Fulbruge III
Clerk

United States Courts
Southern District of Texas
FILED

AUG 2 3 2004

Michael N. Milby, Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 03-20648
Summary Calendar

---

D.C. Docket No.  H-92-CV-2728
H-94-CV-3358
H-94-CV-1153
H-94-CV-1152
H-94-CV-1151
H-94-CV-1100
H-93-CV-430
H-93-CV-400
H-92-CV-3442
H-92-CV-3239

BARBARA NORTON; ET AL

       Plaintiffs

THERESA FUENTEZ

       Plaintiff - Appellant

v.

HOUSTON INDUSTRIES INC; ET AL

       Defendants

HOUSTON INDUSTRIES INC; THE HOUSTON LIGHTING & POWER COMPANY;
DON D JORDAN; DON D SYKORA; SUSAN FABRE; MCKINSEY & COMPANY INC

       Defendants - Appellees

---

IVIS W JOHNSON, SR; ET AL

       Plaintiffs

MARIA T FUENTEZ

       Plaintiff - Appellant

v.

245

THE HOUSTON LIGHTING & POWER COMPANY; HOUSTON INDUSTRIES INC:
DON D JORDAN; DON D SYKORA

    Defendants - Appellees

---

MARIA TERESA FUENTEZ

    Plaintiff - Appellant

v.

THE HOUSTON LIGHTING & POWER COMPANY

    Defendant - Appellee

Appeal from the United States District Court for the Southern District of Texas, Houston.

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: AUG 9 2004

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana
AUG 9 2004